1

2

3

4

5

6

7

8

9

10            UNITED STATES DISTRICT COURT

11        FOR THE CENTRAL DISTRICT OF CALIFORNIA

12              February 2008 Grand Jury

13

14  UNITED STATES OF AMERICA,    )    CR No. 08-

                                 )
15               Plaintiff,      )    **I N D I C T M E N T**

                                 )
16          v.                   )    [18 U.S.C. § 2251(a):
                                 )    Production of Child
17  GREGORY SCOTT SERRANO,       )    Pornography; 18 U.S.C.
                                 )    § 2422(b): Use of Facility of
18               Defendant.      )    Interstate Commerce to Induce
                                 )    Minor to Engage in Criminal
19                               )    Sexual Activity; 18 U.S.C.
                                 )    § 2252A(a)(2): Receipt of
20                               )    Child Pornography; 18 U.S.C.
                                 )    § 2252A(a)(5)(B): Possession
21                               )    of Child Pornography; 18
                                 )    U.S.C. § 1512(c)(1): Attempted
22                               )    Concealment of Evidence]
    _____)

23

24  The Grand Jury charges:

25                      COUNT ONE

26                 [18 U.S.C. § 2422(b)]

27      Beginning in or about October 2007, and continuing until on

28  or about March 12, 2008, in Los Angeles County, within the

**CR08-00636**

**FILED**

2008 MAY 27 PM 1:44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Central District of California, and elsewhere, defendant GREGORY SCOTT SERRANO knowingly used a facility of interstate commerce, namely, the Internet and the telephone, to persuade, induce, and entice an individual who had not attained the age of 18 years, namely C.T., a 15-year-old girl, to engage in a sexual activity for which a person could be charged with a criminal offense, namely, sodomy on a person under 18 years of age, in violation of California Penal Code Section 286(b)(1); oral copulation on a person under 18 years of age, in violation of California Penal Code Section 288(b)(1); and lewd acts on a child, in violation of California Penal Code Section 288(C)(1).

COUNT TWO

[18 U.S.C. § 2251(a)]

In or about October 2007, in Los Angeles County, within the Central District of California, and elsewhere, defendant GREGORY SCOTT SERRANO knowingly employed, induced, enticed, and coerced a minor, namely C.T., a 15-year-old girl, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was intended to be transported in interstate and foreign commerce; was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce; and was transported in interstate or foreign commerce.

COUNT THREE

[18 U.S.C. § 2251(a)]

In or about November 2007, in Los Angeles County, within the Central District of California, and elsewhere, defendant GREGORY SCOTT SERRANO knowingly employed, induced, enticed, and coerced a minor, namely C.T., a 15-year-old girl, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was intended to be transported in interstate and foreign commerce; was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce; and was transported in interstate or foreign commerce.

COUNT FOUR

[18 U.S.C. § 2252A(a)(2)]

In or about October and November 2007, in Los Angeles County, within the Central District of California, defendant GREGORY SCOTT SERRANO knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), depicting C.T., a 15-year-old girl, which had been shipped and transported in interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

COUNT FIVE

[18 U.S.C. § 2422(b)]

Beginning in or about June 2007, and continuing until in or about November 2007, in Los Angeles County, within the Central District of California, and elsewhere, defendant GREGORY SCOTT SERRANO knowingly used a facility of interstate commerce, namely, the Internet and the telephone, to persuade, induce, and entice an individual who had not attained the age of 18 years, namely D.M., a 16-year-old girl, to engage in a sexual activity for which a person could be charged with a criminal offense, namely, sodomy on a person under 18 years of age, in violation of California Penal Code Section 286(b)(1); oral copulation on a person under 18 years of age, in violation of California Penal Code Section 288(b)(1); unlawful sexual intercourse, in violation of California Penal Code Section 261.5(c); and meeting a minor for lewd purposes, in violation of California Penal Code Section 288.3(b).

COUNT SIX

[18 U.S.C. § 2251(a)]

Between in or about June 2007 and continuing through in or about August 2007, in Los Angeles County, within the Central District of California, and elsewhere, defendant GREGORY SCOTT SERRANO knowingly attempted to employ, induce, entice, and coerce a minor, namely D.M., a 16-year-old girl, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was intended to be transported in interstate and foreign commerce; was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce; and was transported in interstate or foreign commerce.

COUNT SEVEN

[18 U.S.C. § 2251(a)]

On or about August 21, 2007, within the Central District of California, and elsewhere, defendant GREGORY SCOTT SERRANO knowingly employed, induced, enticed, and coerced a minor, namely D.M., a 16-year-old girl, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was intended to be transported in interstate and foreign commerce; was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce; and was transported in interstate or foreign commerce.

COUNT EIGHT

[18 U.S.C. § 2422(b)]

Beginning in or about June 2006, and continuing until in or about January 2007, in Los Angeles County, within the Central District of California, and elsewhere, defendant GREGORY SCOTT SERRANO knowingly used a facility of interstate commerce, namely, the Internet and the telephone, to persuade, induce, and entice and attempt to persuade, induce, and entice an individual who had not attained the age of 18 years, namely, S.F., a 13 and then 14-year-old girl, to engage in a sexual activity for which a person could be charged with a criminal offense, namely, oral copulation on a person under 18 years of age, in violation of California Penal Code Section 288(b)(1); lewd acts on a child, in violation of California Penal Code Section 288(C)(1); and production of child pornography, in violation of Title 18, United States Code, Section 2251(a).

COUNT NINE

[18 U.S.C. § 2422(b)]

In or about October 2007, in Los Angeles County, within the Central District of California, and elsewhere, defendant GREGORY SCOTT SERRANO knowingly used a facility of interstate commerce, namely, the Internet and the telephone, to attempt to persuade, induce, and entice an individual who had not attained the age of 18 years, namely, R.S., 14-year-old girl, to engage in a sexual activity for which a person could be charged with a criminal offense, namely, lewd acts on a child, in violation of California Penal Code Section 288(C)(1).

COUNT TEN

[18 U.S.C. § 2252A(a)(2)]

In or about October and November 2007, in Los Angeles County, within the Central District of California, defendant GREGORY SCOTT SERRANO knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), depicting a R.S., a 14-year-old girl, which had been shipped and transported in interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

COUNT ELEVEN

[18 U.S.C. § 2422(b)]

Beginning in or about August 2007, and continuing until in or about November 2007, in Los Angeles County, within the Central District of California, and elsewhere, defendant GREGORY SCOTT SERRANO knowingly used a facility of interstate commerce, namely, the Internet and the telephone, to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years, namely, K.B., a 16 and then 17-year-old girl, to engage in a sexual activity for which a person could be charged with a criminal offense, namely, sodomy on a person under 18 years of age, in violation of California Penal Code Section 286(b)(1); oral copulation on a person under 18 years of age, in violation of California Penal Code Section 288(b)(1); unlawful sexual intercourse, in violation of California Penal Code Section 261.5(c); and production of child pornography in violation of Title 18, United States Code, Section 2251.

COUNT TWELVE

[18 U.S.C. § 2252A(a)(2)]

On or about September 9, 2007, in Los Angeles County, within the Central District of California, defendant GREGORY SCOTT SERRANO knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), depicting K.B., a 16-year-old girl, which had been shipped and transported in interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

COUNT THIRTEEN

[18 U.S.C. § 2422(b)]

Beginning in or about October 2007, and continuing until in or about November 2007, in Los Angeles County, within the Central District of California, and elsewhere, defendant GREGORY SCOTT SERRANO knowingly used a facility of interstate commerce, namely, the Internet and the telephone, to attempt to persuade, induce, and entice an individual who had not attained the age of 18 years, namely, L.J., a 16-year-old girl, to engage in a sexual activity for which a person could be charged with a criminal offense, namely, oral copulation on a person under 18 years of age, in violation of California Penal Code Section 288(b)(1), and lewd acts on a child, in violation of California Penal Code Section 288(C)(1).

COUNT FOURTEEN

[18 U.S.C. § 2251(a)]

In or about October and November 2007, within the Central District of California, and elsewhere, defendant GREGORY SCOTT SERRANO knowingly employed, induced, enticed, and coerced a minor, L.J., a 16-year-old girl, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was intended to be transported in interstate and foreign commerce; was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce; and was transported in interstate or foreign commerce.

COUNT FIFTEEN

[18 U.S.C. § 2252A(a)(2)]

In or about October and November 2007, in Los Angeles County, within the Central District of California, defendant GREGORY SCOTT SERRANO knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), depicting L.J., a 16-year-old girl, which had been shipped and transported in interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

COUNT SIXTEEN

[18 U.S.C. § 2422(b)]

Beginning in or about January 2007, and continuing until in or about March 12, 2008, in Los Angeles County, within the Central District of California, and elsewhere, defendant GREGORY SCOTT SERRANO knowingly used a facility of interstate commerce, namely, the Internet and the telephone, to attempt to persuade, induce, and entice an individual who had not attained the age of 18 years, namely, S.A., a 13 and then 14-year-old girl, to engage in a sexual activity for which a person could be charged with a criminal offense, namely, lewd acts on a child, in violation of California Penal Code Section 288(C)(1), and production of child pornography, in violation of Title 18, United States Code, Section 2251(a).

COUNT SEVENTEEN

[18 U.S.C. § 2251(a)]

In or about March 2008, in Los Angeles County, within the Central District of California, and elsewhere, defendant GREGORY SCOTT SERRANO knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, T.O., a 16-year-old girl, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate and foreign commerce, and which visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer, and which visual depiction was actually transported in interstate and foreign commerce.

COUNT EIGHTEEN

[18 U.S.C. § 2252A(a)(2)]

In or about March 2008, in Los Angeles County, within the Central District of California, and elsewhere, defendant GREGORY SCOTT SERRANO knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), depicting T.O., a 16-year-old girl, which had been shipped and transported in interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

COUNT NINETEEN

[18 U.S.C. § 2252A(a)(2)]

In or about October 2007, in Los Angeles County, within the Central District of California, defendant GREGORY SCOTT SERRANO knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), depicting S.W., a 14-year-old girl, which had been shipped and transported in interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

COUNT TWENTY

[18 U.S.C. § 2251(a)]

In or about March 2007, in Los Angeles County, within the Central District of California, and elsewhere, defendant GREGORY SCOTT SERRANO knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, A.W., a 16-year-old girl, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate and foreign commerce, and which visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer, and which visual depiction was actually transported in interstate and foreign commerce.

COUNT TWENTY-ONE

[18 U.S.C. § 2252A(a)(2)]

In or about March 2007, in Los Angeles County, within the Central District of California, and elsewhere, defendant GREGORY SCOTT SERRANO knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), depicting A.W., a 16-year-old girl, which had been shipped and transported in interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

COUNT TWENTY-TWO

[18 U.S.C. § 2252A(a)(5)(B)]

On or before March 12, 2008, in Los Angeles County, within the Central District of California, defendant GREGORY SCOTT SERRANO knowingly possessed computer hard drives, compact discs, and a cellular telephone that contained more than one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which had been shipped and transported in interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.  The images of child pornography possessed by defendant include at least one of the following:

1.   JPEG_14155[17330].jpg

2.   kids - girl 13 years old (1).jpeg

3.   Kids-Boy&Girl - 13-real child porn!!!(illegal preteen underage lolita kiddy incest little girl rape anal cum sex lesbian blow(1)(1)(2)(1).jpg

4.   pedos preteen-incest - young son & mom fucking (incest kiddy rape).jpg

5.   Sister and brother -family sex Sa73c6~1.JPG

6.   Underage 05.jpg

7.   Underage 13 Year Old 01.jpg

COUNT TWENTY-THREE

[18 U.S.C. § 1512(c)(1)]

On or about March 14, 2008, in Los Angeles County, within the Central District of California, defendant GREGORY SCOTT SERRANO corruptly attempted to alter, destroy, mutilate, and conceal a document, record, and other object, namely, a compact disk and external hard drive containing child pornography and chat logs, with the intent to impair the objects' integrity and availability for use in an official proceeding.

A TRUE BILL

/S/

Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent and Organized Crime Section

JOEY L. BLANCH
Assistant United States Attorney
Violent and Organized Crime Section

24