# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

## CASE SUMMARY

Case Number  08-  **CR08-00636**                Defendant Number _____

U.S.A. v. **Gregory Scott Serrano**              Year of Birth  **1974**
☒ Indictment          ☐ Information           Investigative Agency (FBI, DEA, etc.)  **FBI**

**FILED 2008 MAY 27 PM 1:25**

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

### OFFENSE/VENUE

a. Offense charged as a:  ☐ Petty Offense
   ☐ Misdemeanor       ☐ Minor Offense      ☒ Felony
b. Date of Offense:  **3-12-08**
c. County in which first offense occurred:
   **Los Angeles**
d. The crimes charged are alleged to have been committed in:
   CHECK **ALL** THAT APPLY
   ☒ Los Angeles          ☐ Ventura
   ☐ Orange               ☐ Santa Barbara
   ☐ Riverside            ☐ San Luis Obispo
   ☐ San Bernardino       ☐ Other _____
Citation of offense:  **18 U.S.C. §§2251, 2252A(a)(2), 2252A(a)(5)(b), 2422(b), 1512(c)(1)**

### RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ☒ No     ☐ Yes
IF YES   Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

### PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: _____
        Case Number: _____
Charging: _____
The Complaint:  ☐ is still pending
   ☐ was dismissed on: _____

### COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*                           ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*                           ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

This is the ____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
                **N/A**

Case Number: _____**N/A**_____

The superseded case:

☐ is still pending before Judge/Magistrate Judge
      **N/A**
☐ was previously dismissed on: _____**N/A**_____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*                           ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*                           ☒ No

Was a Notice of Complex Case filed on the Indictment of Information?
   ☐ Yes                            ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☐ Yes       ☒ No
IF YES, list language and/or dialect: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**OTHER**

☒ Male ☐ Female
☒ U.S. Citizen ☐ Alien
Alien Name(s): _____
_____

This defendant is charged in: ☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 U.S.C. 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 U.S.C. 3166(b)(7).

Is defendant a juvenile: ☐ Yes ☒ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:
☐ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☐ mail/wire fraud
☒ Other: __crimes against children_____

**CUSTODY STATUS**

Defendant is **NOT** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   In the amount of $_____
c. PSA supervision? ☐ Yes ☐ No
d. Is a Fugitive? ☐ Yes ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested: ☒ Yes ☐ No

Defendant is **IN** custody:
a. Place of incarceration: ☐ State: ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20  ___ 21  ___ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date: __May 17, 2008__

_Signature of Assistant U.S. Attorney_

JOEY L. BLANCH
*Print Name*