```
 1  TRACY L. WILKISON
    United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    CATHARINE A. RICHMOND (Cal. Bar No. 301184)
 4  Assistant United States Attorney
    Violent & Organized Crime Section
 5       1300 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-7162
 7       Facsimile: (213) 894-0141
         E-mail:    catharine.richmond@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA

10                     UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,         No. CR 08-636-UA

13            Plaintiff,              REQUEST FOR DISMISSAL OF
                                      INDICTMENT, PURSUANT TO FEDERAL
14       v.                           RULE OF CRIMINAL PROCEDURE 48(a)

15  GREGORY SERRANO,

16            Defendant.

17

18       Plaintiff United States of America, by and through its counsel
19  of record, the United States Attorney for the Central District of
20  California and Assistant United States Attorney Catharine Richmond,
21  requests pursuant to Rule 48(a) of the Federal Rules of Criminal
22  Procedure leave of the Court to dismiss the Indictment in the above-
23  referenced case, filed on May 6, 2008.
24  //
25
26  //
27
28
```

The government's request for dismissal is made in good faith because, since this case was filed 13 years ago, defendant SERRANO was prosecuted by the State of California for related conduct and sentenced to a significant term of imprisonment. The victim in this case concurs with the federal indictment being dismissed.

Dated: December 6, 2021

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

*Catharine Richmond*

_____
CATHARINE A. RICHMOND
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA